UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| IN RE:<br><br>SILVERIO AGOSTO<br><br>Debtor | Chapter 13<br>Case No. 25-10180-DJB |
| BRIDGECREST CREDIT COMPANY, LLC<br>AS SERVICER FOR CARVANA, LLC<br><br>Movant<br><br>v.<br><br>SILVERIO AGOSTO<br>(Debtor)<br><br>KENNETH E. WEST<br>(Trustee)<br><br>Respondents | Doc No. 30 |

**CONSENT ORDER / STIPULATION AGREEMENT SETTLING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

AND NOW, upon the Motion of Bridgecrest Credit Company, LLC as Servicer for Carvana, LLC ("Movant"), through its counsel, Orlans Law Group PLLC, for Relief from the Automatic Stay pursuant to Bankruptcy Code § 362 as to certain property, 2022, Subaru WRX (the "Property"), it is hereby agreed as follows:

Silverio Agosto ("Debtor") acknowledges that the post-petition arrearage is as follows:

| | |
|---|---|
| Post Petition Arrears | $656.00 |
| Attorney's fees/costs | $474.00 |
| Less Suspense | $0.00 |
| Total Post-Petition Arrears ("Arrears") | $1,130.00 |

1. Debtor shall cure the Arrears by placing the $1,130.00 into an Amended Chapter 13 Plan. Debtor shall file an Amended Plan, and Motion to

Modify Chapter 13 Plan within 45 days of the entry of this Stipulation. Thereafter, Debtor agrees to resume making the regular monthly auto loan payments beginning on November 17, 2026.

2. Debtor shall make the regular monthly payments required to the Trustee.

3. Debtor shall send all payments due directly to Creditor at the address below:

**Bridgecrest Acceptance Corporation by AIS Portfolio Services, LLC as agent**
**PO Box 661384**
**Dallas, TX 75266-1384**

4. In the event Debtor fails to file an Amended Plan on or before their due dates, Movant may give Debtor and Debtor's counsel notice of the default. If Debtor does not cure the default within 10 days of the notice, upon Certification of Default to the Court, and request for Order, with a copy to Debtor and Debtor's counsel, Movant shall be entitled to the entry of an Order granting it relief from the automatic stay.

5. The failure by the Movant, at any time, to file a Certification of Default upon default by the Debtor, shall not act as a waiver of any of Movant's rights hereunder.

6. Upon issuance of the aforesaid Order, the parties hereto further agree that Movant may proceed in state court to exercise all rights and remedies available to it as a mortgagee and creditor under state and federal law including, but not limited to, the initiation of and continuation of repossession/replevin and/or collections.

7. In the event Debtor converts this case to any other chapter of Title 11 of the U.S. Bankruptcy Code then Debtor shall pay all pre-petition arrears and post-petition arrears within 10 days from the date of conversion. If Debtor fails to make payments in accordance with this paragraph then the Movant, through Counsel, may file a Certification of Default to the Court, setting forth said failure and Movant shall be granted relief from the automatic stay.

8. It is further agreed that, in the event the stay is lifted, the 14-day stay provided by Rule 4001(a)(4) is hereby waived.

9. The undersigned parties request that the Court enter an Order approving this Consent Order/Stipulation and the terms therein.

Seen and agreed by the parties on the date set forth below:

Date: _November 17, 2026________

Approved as to form and content:
Without Prejudice to Any Trustee Rights or Remedies

/s/ LeeAne O. Huggins
Kenneth E. West
Chapter 13 Trustee
P.O. Box 40837
Philadelphia, PA 19107

*/s/ Brad J. Sadek*_______
BRAD J. SADEK
Attorneys for Debtor
1500 JFK Boulevard, Ste 220
Philadelphia, PA 19102
Email: brad@sadeklaw.com

Date: November 17, 2026

Respectfully Submitted,

*/s/ Garrett Wilson*_________
Elizabeth A. Trachtman, Esq. PA 333427
Garrett Wilson, Esq. PA 338633
Michele M. Bradford, Esq. PA 69849
Orlans Law Group PLLC
Attorney for Bridgecrest Credit Company, LLC as Servicer for Carvana, LLC
200 Eagle Road, Bldg 2, Suite 120
Wayne, PA 19087
(484) 367-4191
Email: etrachtman@orlans.com
gwilson@orlans.com
mbradford@orlans.com
File Number: 25-009035